No. 180.   WAGNER *v.* UNITED STATES.   October 13, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   MR. JUSTICE

JACKSON took no part in the consideration and decision of this application. *Mr. David H. Cannon* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Warner W. Gardner, Gordon B. Tweedy,* and *Earl C. Crouter* for the United States.